## Henry Pettersson, Appellee, v. Charlotte Bornemann, Appellant.

opinion filed March 2, 1943. Edward W. Tobin and Farmer, Klingel & Baltz, for appellant; McGlynn & McGlynn and Felsen & McMurdo, for appellee. Opinion by Justice Bristow. "Not to be published in full."

## Esther Harper, Administratrix of Estate of Andrew Harper, Deceased, and Andrew J. Harper, Appellees, v. Guy A. Thompson, Trustee, Appellant.

opinion filed March 2, 1943. Leon A. Colp and Whitnel, Browning, Listeman & Walker, for appellant; T. T. Railey, of counsel; D. L. Duty and Chas. D. Winters, for appellees. Opinion by Justice Stone. "Not to be published in full."